# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY WATERHOUSE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DISNEY LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. SACV12-1021 CJC (JPRx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties, including the Disney Long Term Disability Plan previously dismissed without prejudice. The parties are to bear their own respective attorneys' fee and costs.

DATED: April 2, 2013　　　　_____

　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE